1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4 | Facsimile: (916) 405-3908
besshelena@earthlink.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN MOORE | ) | Case No. 11-CIV-1905 PSG |
| xxx-xx-5648 | ) | |
| | ) | |
| | ) | [PROPOSED] |
| | ) | STIPULATION AND ORDER |
| Plaintiff, | ) | EXTENDING PLAINTIFF'S TIME TO |
| | ) | FILE MEMORANDUM IN SUPPORT |
| v. | ) | OF SUMMARY JUDGMENT AND |
| | ) | DECLARATION |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |
| of the United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended to October 25, 2011. This is plaintiff's first request for an extension of time and is required due to plaintiff's counsel's impacted briefing schedule. *See*, Declaration of Bess M. Brewer set forth below

/ / /

/ / /

/ / /

1

| | | |
|---|---|---|
| Dated: September 12, 2011 | | *s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: September 12, 2011 | | Benjamin B. Wagner<br>United States Attorney<br>*/s/ David W. Lerch*<br>DAVID W. LERCH<br>Special Assistant U.S. Attorney<br>Attorney for Defendant |

## DECLARATION OF BESS M. BREWER

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

    1.    I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

    2.    Plaintiff's summary judgement was first due September 6, 2011, but I accidentally calendared it for September 12, 2011, which I just realized today when preparing this extension. However, due to my extremely busy briefing schedule and need to give older cases briefing priority, I will require additional time to complete Mr. Moore's Motion for Summary Judgment and Memorandum.

    3.    This is my first request for an extension of time to file Mr. Moore's summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on September 12, 2011, in Sacramento, California.

                                                               /s/ Bess M. Brewer<br>
                                                              BESS M. BREWER

1 **ORDER**
2
3 APPROVED AND SO ORDERED.
4
5 DATED: ; 13814233
6                                     MAGISTRATE JUDGE PAUL S~~INGH~~"I TGY CN
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3