UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN MOORE, | Case No.: 5:11-cv-1905 PSG |
| Plaintiff, | **ORDER RE: JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | **(Re: Docket No. 21)** |
| Defendant. | |

Having rendered a decision in the above-captioned action,

IT IS HEREBY ORDERED that judgment be entered for Defendant Michael J. Astrue, Commissioner, Social Security, and against Plaintiff Steven Moore, and that the Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: July 5, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge